**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAMARA J. ZABEL, YVONE DEMENDONCA,
and MICHELLE SPENCE,

      Plaintiffs,

vs.                                              CASE NO. 6:06-CV-1120-ORL-19KRS

SPACE COAST CREDIT UNION FINANCIAL
SERVICES, INC., d/b/a Space Coast Credit Union,

      Defendant.
_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 30, filed December 18, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 30) is **ADOPTED and AFFIRMED.** The Settlement Agreement at Docket Number 25 (filed November 30, 2006) is hereby **APPROVED**, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   5th   day of January, 2007.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record

Case 6:06-cv-01120-PCF-KRS   Document 32   Filed 01/05/07   Page 2 of 2 PageID 84